IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:17-00225-001

PATRICIA ANN CARNES

### MEMORANDUM OPINION AND ORDER

By letter motion dated June 15, 2020, defendant requested early release from her term of probation. The court has considered defendant's background, her performance while on probation, and the recommendation of the United States Probation Office. Defendant has had multiple positive urine screens while on probation. Her motion is **DENIED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, to the Probation Office of this court, and to defendant.

**IT IS SO ORDERED** this 7th day of July, 2020.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge